

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,753-01

**IN RE LEROY HENDERSON, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 763935 AND 763936 IN THE 263RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a motion for post-conviction DNA testing pursuant to Article 64.01 of the Texas Code of Criminal Procedure in the 263rd District Court of Harris County, but that he has received no notice that the motion has been filed or that any action has been taken on the motion.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response. Specifically, the clerk shall respond as to whether Relator's motion for post-conviction DNA testing has been received and filed, and if so, the date upon which

the motion was filed.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.


Filed: May 8, 2019
Do not publish